### 2000–1875.   In re Resignation of Emrich.

IT IS ORDERED by this court, sua sponte, that Martin Wolfgang Emrich, Attorney Registration No. 0032678, last known business address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of January 25, 2001, to wit, failure to surrender his certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before February 26, 2001.

### 2000–2069.   Disciplinary Counsel v. Turnblacer.

IT IS ORDERED by this court, sua sponte, that John J. Turnblacer, Attorney Registration No. 0034163, last known business address in Philadelphia, Pennsylvania, is found in contempt for failure to comply with this court's order of January 4, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before February 5, 2001.